# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER BONAHOOM, <br><br> Plaintiff <br><br> v. <br><br> TZUMI ELECTRONICS, LLC and STAPLES, INC., <br><br> Defendants. | Case No. 1:20-cv-01942 <br><br> Hon. Mary M. Rowland |

## STIPULATION STAYING DEADLINES AND DISCOVERY

Plaintiff Peter Bonahoom ("Plaintiff") and Defendant Staples, Inc. ("Staples"), by and through undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed his Complaint against Staples on March 23, 2020 (Dkt. No. 1);

**WHEREAS**, Staples moved to dismiss the Complaint on July 17, 2020 (Dkt. Nos. 17-18);

**WHEREAS**, the Court granted Staples' motion in part and denied it in part on March 17, 2021 (Dkt. No. 30);

**WHEREAS**, the Court entered a case management schedule on April 5, 2021 (Dkt. No. 33);

**WHEREAS**, Plaintiff filed his First Amended Complaint in this matter on September 13, 2021 pursuant to Fed. R. Civ. P. 15(a)(2) with Staples' consent, naming Tzumi Electronics, LLC ("Tzumi") as an additional defendant (Dkt. No. 45);

**WHEREAS**, Plaintiff and Staples are currently in discussions concerning the potential for resolution of Plaintiff's claims against Staples, which would eliminate the need for continued litigation cost, burden, and expense, including in respect of discovery;

1

**WHEREAS**, Plaintiff and Staples have agreed to proceed to mediation in furtherance of their discussions, subject to the Court's approval of the relief requested herein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Staples, and subject to the approval of the Court, that:

1. Staples' deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint shall be stayed pending mediation.[1]

2. The remaining deadlines in the Court's April 5, 2021 case management schedule (Dkt. No. 33) shall be stayed pending mediation.

3. All discovery in this case shall be stayed until Tzumi answers the Amended Complaint or is dismissed from the case, and discovery proceeds as to all parties;

4. Plaintiff and Staples shall submit a joint status report following the conclusion of mediation, including, if necessary, new dates for the case deadlines stayed pending mediation.

Plaintiff and Staples respectfully request that the Court enter the proposed order submitted concurrently herewith.

---

[1] The parties agree that Staples shall reserve the right to move against the Amended Complaint, whether by a motion to dismiss or otherwise, at the appropriate time.

| | |
|---|---|
| Dated: September 14, 2021 | Dated: September 14, 2021 |
| /s/ *Eugene Y. Turin* | /s/ *Robert. B. Ellis* |
| Eugene Y. Turin | Robert B. Ellis, P.C. |
| Colin Buscarini | Michael S. Biehl |
| Steven Beckham | Kelsey Bleiweiss |
| MCGUIRE LAW, P.C. | KIRKLAND & ELLIS LLP |
| 55 W. Wacker Drive, 9th Floor | 300 N. LaSalle |
| Chicago, Illinois 60601 | Chicago, Illinois 60654 |
| Tel: (312) 893-7002 | Tel: (312) 862-2000 |
| Fax: (312) 275-7895 | Fax: (312) 862-2200 |
| eturin@mcgpc.com | robert.ellis@kirkland.com |
| cbuscarini@mcgpc.com | michael.biehl@kirkland.com |
| sbeckham@mcgpc.com | kelsey.bleiweiss@kirkland.com |
| *Counsel for Plaintiff* | *Counsel for Staples, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of September, 2021 a true and accurate copy of the foregoing document was electronically filed with the CM/ECF system of the United States District Court for the Northern District of Illinois, which sends notice to all counsel of record via email.

                                                                             */s/ Robert B. Ellis*
                                                                             Robert B. Ellis, P.C.