IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PETER BONAHOOM, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 20-cv-01942 |
| v. | ) ) | Hon. Mary M. Rowland |
| TZUMI ELECTRONICS, LLC, and STAPLES, INC., | ) ) ) ) | Magistrate Judge Jeffrey Cole |
| *Defendants*. | ) | |

## STATUS REPORT ON MEDIATION

Plaintiff Peter Bonahoom and Defendant Staples, Inc. ("Staples"), through their undersigned counsel, and pursuant to the Court's November 23, 2021 Minute Entry (Dkt. 59), hereby jointly submit this status report regarding the status of mediation and state as follows:

1. On December 6, 2021, Plaintiff and Staples participated in the scheduled mediation before the Hon. James R. Epstein (Ret.) of JAMS Chicago.

2. In the course of the mediation, Plaintiff and Staples resolved Plaintiff's claim.

3. Plaintiff and Staples are in the process of formalizing the terms of their agreement.

Dated: December 20, 2021

By: */s/ Eugene Y. Turin*

Eugene Y. Turin
Colin Buscarini
Steven Beckham
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

1

eturin@mcgpc.com
cbuscarini@mcgpc.com
sbeckham@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*


By: */s/ Robert B. Ellis*

Robert B. Ellis, P.C.
Michael S. Biehl
Kelsey E. Bleiweiss
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL 60654
rellis@kirkland.com
michael.biehl@kirkland.com
kelsey.bleiweiss@kirkland.com

*Attorneys for Defendant Staples, Inc.*

**Certificate of Service**

I hereby certify that on December 20, 2021, I electronically filed the foregoing *Status Report* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

Dated: December 20, 2021            By: */s/ Robert B. Ellis*
                                                        Robert B. Ellis