# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PETER BONAHOOM, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 20-cv-01942 |
| v. | ) ) | Hon. Mary M. Rowland |
| TZUMI ELECTRONICS, LLC, and STAPLES, INC., | ) ) ) ) | Magistrate Judge Jeffrey Cole |
| *Defendants*. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Peter Bonahoom and Defendant Staples, Inc. through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANT |
|---|---|
| PETER BONAHOOM | STAPLES, INC. |
| By: /s/ *Eugene Y. Turin* | By: /s/ *Kelsey E. Bleiweiss* |
| One of his attorneys | One of its attorneys |
| Evan M. Meyers | Robert B. Ellis |
| Eugene Y. Turin | Michael S. Biehl |
| MCGUIRE LAW, P.C. | Kelsey E. Bleiweiss |
| 55 W. Wacker Drive, 9th Fl. | Kirkland & Ellis, LLP |
| Chicago, IL 60601 | 300 N. LaSalle |
| Tel: (312) 893-7002 | Chicago, IL 60654 |
| emeyers@mcgpc.com | rellis@kirkland.com |
| eturin@mcgpc.com | michael.biehl@kirkland.com |
| | kelsey.bleiweiss@kirkland.com |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2022 I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

        /s/ Eugene Y. Turin