# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peter Bonahoom

                Plaintiff,

v.                                     Case No.: 1:20–cv–01942

                                             Honorable Mary M. Rowland

Staples, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Dismissal [67], this action is dismissed with prejudice as to Defendant Staples, Inc. as to Plaintiff's individual claims and without prejudice as to the claims, if any, of the members of the putative class. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.