# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peter Bonahoom

                          Plaintiff,

v.                                               Case No.: 1:20–cv–01942
                                                          Honorable Mary M. Rowland

Staples, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 25, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: In light of Plaintiff's Notice of Voluntary Dismissal, this action is dismissed with prejudice as to Plaintiff's individual claims against Defendant Tzumi Electronics and without prejudice as to the claims, if any, of the members of the putative class. Defendant Tzumi Electronics, LLC's motion to dismiss [63] is denied as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.